Filed          18-CI-004040   07/12/2018          David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
                                                                        09/21/2018 02:30:54 PM
                                                                        92152

CASE NO._____                          JEFFERSON CIRCUIT COURT

ROBERT CUNDIFF                                                        PLAINTIFF

v.                          **COMPLAINT**                 *Submitted Electronically*

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a WORLDWIDE BATTERY          DEFENDANT

> SERVE:     REGISTERED AGENT
>
>           Josh Chalfant
>           3899 Produce Rd. Section 107
>           Louisville, KY 40218

* * * * * * * * * * *

Comes the Plaintiff, Robert Cundiff, by counsel, and for his Complaint against the Defendant, Worldwide Battery Company Limited Liability Company d/b/a WorldWide Battery states as follows:

### JURISDICTION AND VENUE

1.     Plaintiff, Robert Cundiff, is a citizen and resident of Bullitt County, KY, at all times relevant hereto.

2.     The Defendant, Worldwide Battery Company Limited Liability Company d/b/a WorldWide Battery (hereinafter: "WorldWide"), is, and was at all relevant times herein, a registered foreign business entity licensed to conduct business in the Commonwealth of Kentucky, with a store located at 3904 Produce Road, Section 101, Louisville, Kentucky. The service of process agent for WorldWide is Josh Chalfant, 3899 Produce Rd. Section 107, Louisville, KY 40218.  At all relevant times herein, the Defendant acted, failed to act, and

Presiding Judge: HON. ANN BAILEY SMITH (630350)

COM : 000001 of 000003

NOT ORIGINAL DOCUMENT
09/21/2018 02:30:54 PM
92152

conducted its business and other transactions through its duly authorized officers, employees, and representatives.

3.      Venue is proper in Jefferson Circuit Court because Plaintiff's claims against Defendant arise out of a personal injury which occurred on or about July 13, 2017 on premises owned, controlled, and/or maintained by Defendant in Louisville, Jefferson County, Kentucky.

4.      Plaintiff's claims against Defendant are in excess of the minimum jurisdictional requirements of the Jefferson Circuit Court.

## CAUSE OF ACTION

5.      Plaintiff restates, realleges, reiterates and incorporates by reference all of the allegations in paragraphs 1-4 of his complaint.

6.      On or about July 13, 2017, the Plaintiff was a business invitee of the Defendant as he was conducting business with the Defendant and was within the Defendant's business premises located at or near 3904 Produce Road, Section 101, Louisville, Kentucky.

7.      While within the Defendant's premises, the Plaintiff tripped over a heavy object, which upon knowledge and belief is a heavy machine battery, which Defendant had left on the ground of its store in such a negligent, reckless, willful and/or grossly negligent manner so as to cause him to fall, causing serious personal injury.  Defendant, through its employees and agents, was responsible for the usage, maintenance, upkeep and repair of said premises.

8.      Plaintiff's fall was caused by a dangerous, defective, and/or unsafe condition on Defendant's premises, which was known to the Defendant or should have been known in the exercise of ordinary care.

9.      Defendant, through its employees and agents, posted no warning of any kind to advise the Plaintiff and other invitees of the area described hereinabove even though Defendant

Presiding Judge: HON. ANN BAILEY SMITH (630350)

COM : 000002 of 000003

FILED IN CLERK'S OFF

CASE NO. 18-CI-004040

JEFFERSON CIRCUIT COURT
DIVISION THIRTEEN (13)

ROBERT CUNDIFF

PLAINTIFF

V.

**MOTION FOR DEFAULT JUDGMENT**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a WORLDWIDE BATTERY

DEFENDANT

Plaintiff Robert Cundiff, by and through the undersigned counsel and pursuant to CR 55.01 and JRP 403, hereby respectfully moves the Court to enter the attached Order granting default judgment against Defendant Worldwide Battery Company Limited Liability Company d/b/a WorldWide Battery. In support of the Motion for Default Judgment, Plaintiff states as follows:

1.     On July 13, 2018, the Jefferson Circuit Court Clerk deposited in the United States mail, service of process for Defendant Worldwide Battery Company LLC for service by certified mail, return receipt requested, addressed to Defendant's registered agent Josh Chalfant, 3899 Produce Rd. Section 107, Louisville, KY 40218.  A copy of Worldwide Battery LLC's 2018 Annual Statement filed with the Kentucky Secretary of State's Office confirming the name and address of Worldwide Battery LLC's registered agent is attached hereto.  Also attached is a copy of the certified mail receipt of the mailing to Josh Chalfant and documentation from the United States Postal Service confirming its receipt of the certified mailing on July 13, 2018.

2.     Pursuant to KRS 14A.4-040(2), service upon the Defendant was perfected no later than July 18, 2018, as it was mailed postage paid and correctly addressed to the Defendant's registered agent.

2.     Pursuant to CR 12.01, the twenty day deadline for the Defendant filing an answer or responsive pleading in this matter fell on or before August 8, 2018.

3.     To date, however, the Defendant has not filed any papers or pleadings in this action.

4.      Due to the failure of the Defendant to file an Answer or otherwise responsive pleading by August 8, 2018, Plaintiff Robert Cundiff is entitled to entry of default judgment against the aforementioned Defendant.

5.      A proposed Order in conformity with Plaintiff's Motion for Default Judgment is respectfully tendered herewith.

Respectfully submitted,

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, KY 40203
Telephone:      (502) 694-7071
Fax:            (502) 855-3166
E-mail:         landismanatty@gmail.com
*Attorney for Plaintiff*

CASE NO. 18-CI-004040                    JEFFERSON CIRCUIT COURT
                                          DIVISION THIRTEEN (13)

ROBERT CUNDIFF                                              PLAINTIFF

V.                    **DEFAULT JUDGMENT**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a WORLDWIDE BATTERY        DEFENDANT

* * * * * *

Upon motion of the Plaintiff Robert Cundiff, by counsel, and pursuant to CR 55.01, the

Court finds that the Defendant Worldwide Battery Company LLC is in default for having failed

to answer in response hereto within the time prescribed by law, and the Court otherwise

sufficiently advised.

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is

GRANTED;

IT IS HEREBY ALSO ORDERED that DEFAULT JUDGMENT is entered against

Defendant WORLDWIDE BATTERY COMPANY LIMITED LIABILITY COMPANY d/b/a

WORLDWIDE BATTERY.

JUDGE, CIRCUIT COURT

Date _____

TENDERED BY:

_Michael A. Landisman_
Michael A. Landisman
436 S. 7th St., Suite 200
Louisville, KY 40203
Phone: 502-694-7071
Fax: 502-855-3166
Email: landismanatty@gmail.com
*Attorney for Plaintiff*

*Denied*
*— No evidence in*
*file that Defendant*
*has been served*
*A. Bailey Jr.*
*8-20-18*

NO.   18-CI-04040

JEFFERSON CIRCUIT COURT
DIVISION THIRTEEN
JUDGE ANN BAILEY SMITH

ROBERT CUNDIFF

PLAINTIFFS

VS.

WORLDWIDE BATTERY CO.,
LLC d/b/a WORLDWIDE BATTERY

DEFENDANT

## ORDER DENYING MOTION
## FOR DEFAULT JUDGMENT

The plaintiff having made a motion for default judgment and the Court being sufficiently advised, **IT IS ORDERED** that the motion is **DENIED**, the Court finding that the plaintiff has not exercised reasonable diligence to serve the defendant's registered agent.[1] *See*, KRS 14A.4-040(2).

_____
**ANN BAILEY SMITH, JUDGE,**
**DIVISION THIRTEEN**

Dated: August 21, 2018

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK
AUG 27 2018
BY _____
DEPUTY CLERK

cc:   Michael A. Landisman, Esq.

---

[1] Via a one-minute Google search, the Court located a new address for Josh Chalfant and WorldWide Battery at 3904 Produce Road, Section 101, Louisville, KY 40218. Should this address also prove to be wrong, the Court notes that the plaintiff must next serve the complaint "by registered or certified mail, return receipt requested, addressed to [Worldwide] at its principal office and to the attention of the person or office appropriate for giving notice to the entity or foreign entity." KRS 14A.4-040(2).

Filed          18-CI-004040    11/07/2018      David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
11/08/2018 02:34:12 PM
92152

NO. 18-CI-004040                                    JEFFERSON CIRCUIT COURT
                                                                DIVISION 13
                                                     JUDGE ANN BAILEY SMITH

ROBERT CUNDIFF                                                      PLAINTIFF

and

NEW HAMPSHIRE INSURANCE COMPANY              INTERVENING PLAINTIFF

v.          **INTERVENING COMPLAINT AND CROSS-CLAIM**
                          *Electronically Filed*

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a WORLDWIDE BATTERY          DEFENDANT

                    * * * * * * * * * * * * * *

     Comes the intervening plaintiff, New Hampshire Insurance Company, with leave of

Court, and for its cause of action against the defendant, Worldwide Battery Company Limited

Liability Company d/b/a WorldWide Battery, states as follows:

     1.    The intervening plaintiff incorporates by reference and includes as if set out

herein all the allegations contained in the complaint and any intervening complaint(s) of plaintiff

Robert Cundiff.

     2.    The injuries which are the subject of the plaintiff Robert Cundiff's claim against

the defendant occurred while the plaintiff, Robert Cundiff, was the employee of Total Truck

Parts, Inc., and said injuries arose out of and were within the course and scope of said

employment.

     3.    At the time of injury described in the preceding paragraph, Total Truck Parts, Inc.

provided for payment of workers' compensation benefits payable to or on behalf of the

employees of Total Truck Parts, Inc., including Joseph Clemens, through insurance coverage

provided by New Hampshire Insurance Company.

                                    1

COMI : 000001 of 000004

Filed          18-CI-004040    11/07/2018          David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
11/08/2018 02:34:12 PM
92152

4.     The above described policy of workers' compensation insurance was in full force and effect on the date of the injury described in paragraph two.

5.     The plaintiff herein has made a claim upon the intervening plaintiff for benefits allegedly payable pursuant to Chapter 342 of the Kentucky Revised Statutes and pursuant to the above described policy of insurance.

6.     The intervening plaintiff has paid workers' compensation benefits, and may be required to pay additional benefits, to or on behalf of the plaintiff herein, arising out of the injury described in paragraph two.

7.     Pursuant to KRS 342.700(1), the intervening plaintiff is entitled to recover from the defendant all sums not to exceed the benefits paid and payable to or on behalf of plaintiff herein, Robert Cundiff, under the workers' compensation policy described above.

## CROSS-CLAIM

The intervening plaintiff, New Hampshire Insurance Company, for its cross-claim against the plaintiff, Robert Cundiff, states as follows:

1.     The averments of the foregoing intervening complaint are incorporated by reference as if set out herein.

2.     The intervening plaintiff, New Hampshire Insurance Company, has paid workers' compensation benefits and may be required to additional benefits, to or on behalf of plaintiff Robert Cundiff, under Chapter 342 of the Kentucky Revised Statutes, in connection with the injury set out in paragraph two of the intervening complaint.

3.     KRS 342.700(1) entitles the plaintiff herein to pursue a workers' compensation claim against the plaintiff's employer and its insurer, the intervening plaintiff, and also to pursue an action in court against any person in whom legal liability for damages to the plaintiff exists as

2

Filed          18-CI-004040    11/07/2018          David L. Nicholson, Jefferson Circuit Clerk

COMI : 000002 of 000004

Filed          18-CI-004040   11/07/2018      David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
11/08/2018 02:34:12 PM
92152

a result of the injury set out in paragraph two of the intervening complaint, but does not allow the plaintiff to recover from both. To the extent that any damages recovered by the plaintiff in this proceeding are duplicative of any workers' compensation benefits the plaintiff has received or will receive in the future from the intervening plaintiff, the intervening plaintiff is entitled to reimbursement from the plaintiff of the sums it has expended as workers' compensation benefits and also credit against the intervening plaintiff's future workers' compensation liability.

WHEREFORE, the intervening plaintiff, New Hampshire Insurance Company, demands judgment against the defendants in the amount of such sums as intervening plaintiff has paid and may hereafter be required to pay to or for the benefit of Robert Cundiff, as workers' compensation benefits. The intervening plaintiff also demands that any sums received by Robert Cundiff from the defendants herein that are duplicative of benefits provided to or on the behalf of Robertg Cundiff in compliance with the above described workers' compensation policy be provided to the intervening plaintiff, and that credit offsetting future workers' compensation benefits be provided to the intervening plaintiff in the amount of any sums awarded to the plaintiff that are duplicative of said future benefits. Further, the intervening plaintiff requests any costs and fees expended herein and any and all other just relief to which it may be entitled.

Respectfully submitted,

/s/Timothy J. Walker
Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
(859) 253-4700
(859) 253-4702 (fax)
twalker@fkw-law.com

3

COMI : 000003 of 000004

Filed          18-CI-004040   11/07/2018     David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
                                                                            11/08/2018 02:34:12 PM
                                                                            92152

## CERTIFICATE OF SERVICE

        This is to certify that a true and correct copy of the foregoing was served via U.S. Mail, to the following on this 7th day of November, 2018.

Michael A. Landisman
436 S. 7th St., Suite 200
Louisville, KY 40203

Josh Chalfant
3899 Produce Rd. Section 107
Louisville, KY 40218


                                        /s/Timothy J. Walker
                                        Timothy J. Walker


4

COMI : 000004 of 000004

Filed          18-CI-004040     11/07/2018          David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
                                                                          03/14/2019 03:53:27 PM
                                                                          92152

NO. 18-CI-004040                                          JEFFERSON CIRCUIT COURT
                                                                   DIVISION 13
                                                          JUDGE ANN BAILEY SMITH

ROBERT CUNDIFF                                                        PLAINTIFF

and

NEW HAMPSHIRE INSURANCE COMPANY                        INTERVENING PLAINTIFF

v.                              **MOTION – NOTICE**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a WORLDWIDE BATTERY               DEFENDANT

* * * * * * * * * * * * * *

## NOTICE

Pursuant to CR 24.01(2), the failure of a party to file an objection to the below motion to intervene within ten (10) days and a notice of hearing on the objection shall result in an order allowing intervention without an appearance in Court for a hearing. An order is attached to the motion for the convenience of the Court.

## MOTION

Comes the intervening plaintiff, New Hampshire Insurance Company, and respectfully moves the Court pursuant to CR 24.01(1) for leave to intervene in this action to assert its claim under KRS 342.700(1) as subrogee of the plaintiff, Robert Cundiff, against the defendant, Worldwide Battery Company Limited Liability Company d/b/a WorldWide Battery, and its cross-claim against the plaintiff. The grounds for this motion are stated in the intervening complaint tendered herewith.

IN : 000001 of 000002

Filed                    18-CI-004040      11/07/2018          David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
                                                                                                 03/14/2019 03:53:27 PM
                                                                                                 92152

Respectfully submitted,

/s/Timothy J. Walker
Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky  40507
(859) 253-4700
(859) 253-4702 (fax)
twalker@fkw-law.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served via U.S. Mail, to the following on this 7th day of November, 2018.

Michael A. Landisman
436 S. 7th St., Suite 200
Louisville, KY 40203

Josh Chalfant
3899 Produce Rd. Section 107
Louisville, KY 40218

/s/Timothy J. Walker
Timothy J. Walker

IN : 000002 of 000002

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY              INTERVENING PLAINTIFF

VS.                          **ANSWER**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                        DEFENDANT

\*\*\*   \*\*\*   \*\*\*

Comes the Defendant, Worldwide Battery Company Limited Liability Company, by counsel, and for its Answer to the Plaintiff's Complaint hereby states the following:

### FIRST DEFENSE

The Complaint fails to state a claim against the Defendant upon which the relief sought may be granted and the same should therefore be dismissed and held for naught.

### SECOND DEFENSE

1. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments alleged in paragraphs 1, 3, and 4 of the Plaintiff's Complaint and, therefore, denies same.

2. The Defendant denies the averments alleged within paragraphs 2, 7, 8, 9, and 10 of the Plaintiff's Complaint.

3. The averments alleged within paragraph 5 of the Plaintiff's Complaint call for no response from this Defendant.  To the extent a response is required, Defendant incorporates herein

each and every response to paragraphs 1-4 of the Plaintiff's Complaint and all other paragraphs of this Answer.

4. The averments alleged within paragraph 6 of the Plaintiff's Complaint call for a legal conclusion to which no response is required. To the extent a response is required, Defendant denies same.

5. The Defendant specifically denies all the averments alleged in the Plaintiff's Complaint not previously admitted herein, including all prayers for relief, all prayers for compensation, and any other item not expressly admitted.

## THIRD DEFENSE

As an affirmative defense, this Defendant specifically pleads that the Plaintiff has failed to mitigate damages, if any damages there were, which is specifically denied.

## FOURTH DEFENSE

As an affirmative defense, this Defendant specifically pleads that Plaintiff's Complaint fails to name and join in this action all real parties in interest and/or all indispensable, necessary and proper parties.

## FIFTH DEFENSE

As an affirmative defense, this Defendant specifically pleads that Plaintiff's Complaint is barred, in whole or in part, by the provisions of the Tort Reform Act, as contained in Chapter 411 of the Kentucky Revised Statutes.

## SIXTH DEFENSE

As an affirmative defense, this Defendant specifically pleads that the damages alleged in Plaintiff's Complaint, if any, were avoidable consequences, since the Plaintiff failed to mitigate or reduce his alleged damages, if any.

### SEVENTH DEFENSE

As an affirmative defense, this Defendant specifically pleads that the Plaintiff has waived the right to assert a claim against it and is, therefore, estopped to do so in this lawsuit.

### EIGHTH DEFENSE

As an affirmative defense, this Defendant states that the Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations, and/or the equitable doctrine of laches.

### NINTH DEFENSE

As an affirmative defense, this Defendant specifically pleads that the Plaintiff's Complaint should be dismissed for improper venue.

### TENTH DEFENSE

That the damages alleged by the Plaintiff in his Complaint, if any there were, which is specifically denied, were caused and brought about by his own negligence and conduct. Plaintiff's negligence was a substantial factor in bringing about said injures and damages, and but for this contributory negligence, said injuries and damages, if any, would not and could not have occurred. The Defendants rely upon said contributory negligence of the part that the Plaintiff as a complete bar to his claims in the above styled action, or in the alternative to reduce the amount of his damages, if any.

### ELEVENTH DEFENSE

That all of the damages alleged by the Plaintiff in his Complaint, if any there were, which is specifically denied, were caused and brought about by some other party, a third party and/or parties or entities not presently parties which was a substantial factor in bringing about the alleged injuries and damages, and but for said negligence of such other party, third party and/or parties or entities not presently parties, said injuries and damages, if any, would not and could not have

occurred, and therefore the Defendants are without fault and relies upon same as a complete bar to the claims asserted by the Plaintiffs in their Complaint.

## TWELFTH DEFENSE

That the damages alleged by the Plaintiff in his Complaint, if any there were, which is specifically denied, were caused and brought about by prior and or subsequent intervening and or superseding cause for which the Defendant has no responsibility or control, and by an unavoidable accident, and by a cause not under the control of the Defendant and therefore the Defendant is without fault.

## THIRTEENTH DEFENSE

That the damages alleged by the Plaintiff in his Complaint, if any there were, which is specifically denied, were caused and brought about by a pre-existing condition or conditions over which the Defendant had absolutely no responsibility or control, and therefore, the Defendant is without fault and rely upon the same as a complete bar to all claims asserted by the Plaintiff in his Complaint.

## FOURTEENTH DEFENSE

Any damages that the Plaintiff may have received, which is specifically denied, were caused and brought about by Plaintiff's own fault which Plaintiff should have reasonably been aware of and therefore the Defendant is without fault and relies upon the same as a complete bar to all claims asserted by the Plaintiff in his Complaint.

## FIFTEENTH DEFENSE

The Defendant specifically pleads the Court does not have jurisdiction over it, due to insufficiency of service of process and lack of jurisdiction over the person or failure of proper service of process, and/or appropriate return of service of process.

## SIXTEENTH DEFENSE

As an affirmative defense, the Defendant specifically pleads that prejudgment interest cannot be awarded for an unliquidated claim and attorney's fees are not recoverable.

## SEVENTEENTH DEFENSE

The claim for punitive damages should be dismissed because any punitive damage award under applicable law, without bifurcating the trial and trying the punitive damage issues if and only if liability was found on the merits, would violate the Defendant's due process rights as guaranteed by the Fourteenth Amendment of the United States Constitution and the due process provisions of the Constitution of the Commonwealth of Kentucky.

## EIGHTEENTH DEFENSE

The claim for punitive damages should be dismissed because a punitive damage award under Kentucky law, which is not subject to a pre-determined limit on the amount of punitive damages that a jury may impose, would violate the Defendant's due process rights as guaranteed by the Constitution of the Commonwealth of Kentucky and it would violate the excessive fines provision of Section 17 of the Constitution of the Commonwealth of Kentucky.

## NINETEENTH DEFENSE

The claim for punitive damages should be dismissed because a jury, under applicable law:

1.      Is not provided with sufficient standards of clarity for determining the appropriateness and amount of a punitive damages award;

2.      Is not adequately instructed on the limits of punitive damages imposed by the applicable principals of deterrence and punishment;

3.      Is not expressly prohibited from awarding punitive damages, or determining the amount of a punitive damage award, in whole or in part, on the basis of invidious discriminatory characteristics including the residence and wealth of the Defendant;

4.      Is permitted to award punitive damages under a vague and arbitrary standard that does not sufficiently define the conduct or mental state that makes punitive damages permissible; and

5.      Is not subject to trial court and appellate judicial review for reasonableness and furtherance of legitimate purposes on the basis of an objective standard.

For the foregoing reasons, a punitive damage award would violate the Defendant's due process and equal protection rights as guaranteed under the Fourteenth Amendment to the United States Constitution and the Constitution of the Commonwealth of the State of Kentucky.

### TWENTIETH DEFENSE

The claim for punitive damages should be dismissed as being in violation of the United States Constitution, including but not limited to the Fifth and Eighth Amendments, as applied to the States through the Fourteenth Amendment of the United States Constitution.

### TWENTY FIRST DEFENSE

The claim for punitive damages should be dismissed as being in violation of the Constitution of the Commonwealth of Kentucky, including but not limited to Articles 2, 17 and 26.

### TWENTY SECOND DEFENSE

The claim for punitive damages is not permitted, under applicable law, without proof of each and every element beyond a reasonable doubt, and, as such, violates the Defendant's due

process rights as guaranteed by the Fourteenth Amendment of the United States Constitution and the due process provisions of the Constitution of the Commonwealth of Kentucky.

### TWENTY THIRD DEFENSE

The claim for punitive damages should be dismissed because any award of punitive damages, under the law of the Commonwealth of Kentucky, without the same protections accorded to all criminal defendants, including but not limited to, protection against unreasonable searches and seizures, double jeopardy, self-incrimination, the right to confront adverse witnesses, speedy trial and the effective assistance of counsel, would violate the Defendant's rights under the Fourteenth Amendment to the United States Constitution and the Fourth, Fifth and Sixth Amendments as incorporated into the Fourteenth Amendment in Sections 2, 3, 7, 10, 11, 12, 13, 14, 17, and 26 of the Constitution of the Commonwealth of Kentucky.

### TWENTY FIFTH DEFENSE

In the event the Plaintiff was in the course and scope of his employment at the time of the accident which forms the basis of this lawsuit, the Defendant adopts and pleads all terms and provisions of the Kentucky Worker's Compensation Act and applicable case law on set-offs and credits as a bar or defense to the allegations in the Complaint.

### TWENTY SEVENTH DEFENSE

Defendant gives notice that it intends to rely upon such other affirmative defenses as may become available or apparent during the course of discovery and reserves the right to amend this Answer to assert those defenses.

WHEREFORE, the Defendant, Worldwide Battery Company Limited Liability Company, having answered the Plaintiff's Complaint, hereby respectfully demands the following relief:

1.      That the Complaint be dismissed and held for naught;

2.    For a trial by jury;

5.    For its costs herein expended, including reasonable attorneys' fees; and

6.    For any and all other relief to which it may appear properly entitled.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON
& ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile:  (859) 425-4099

BY: */s/Lauren Crosby Thompson*
        Lauren Crosby Thompson
        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 19th day of November, 2018 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

/s/Lauren Crosby Thompson
Lauren Crosby Thompson

Tendered          18-CI-00404b    11/07/2018          David L. Nicholson, Jefferson Circuit Clerk

NO. 18-CI-004040                                       JEFFERSON CIRCUIT COURT
                                                                DIVISION 13
                                                         JUDGE ANN BAILEY SMITH

ROBERT CUNDIFF                                                        PLAINTIFF

and

NEW HAMPSHIRE INSURANCE COMPANY                          INTERVENING PLAINTIFF

v.                                  **ORDER**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a WORLDWIDE BATTERY                DEFENDANT

***** ***** *****

Upon the motion of New Hampshire Insurance Company to intervene, and the Court
being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the motion of New Hampshire
Insurance Company to intervene and file its intervening complaint and cross claim in this action
shall be **GRANTED**.

HON. ANN BAILEY SMITH, JUDGE
JEFFERSON CIRCUIT COURT
DIVISION 13

December 4, 2018
Date

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK

DEC 05 2018

BY _____
DEPUTY CLERK

TD : 000001 of 000002

Tendered          18-CI-004040  11/07/2018          David L. Nicholson, Jefferson Circuit Clerk

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing order was served by mailing same this 5 day of DEC , 2018 to the following:

Michael A. Landisman
436 S. 7th St., Suite 200
Louisville, KY 40203

Josh Chalfant
3899 Produce Rd. Section 107
Louisville, KY 40218

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street
Suite 400
Lexington, Kentucky  40507

CLERK, JEFFERSON CIRCUIT COURT

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                    PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY              INTERVENING PLAINTIFF

VS.                    **ANSWER TO INTERVENING COMPLAINT**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                               DEFENDANT

\*\*\*   \*\*\*   \*\*\*

Comes the Defendant, Worldwide Battery Company Limited Liability Company, by counsel, and for its Answer to the Plaintiff's Intervening Complaint hereby states the following:

**FIRST DEFENSE**

The Intervening Complaint fails to state a claim against the Defendant upon which the relief sought may be granted and the same should therefore be dismissed and held for naught.

**SECOND DEFENSE**

1. In response to paragraph one of the Intervening Plaintiff's Intervening Complaint, this Defendant incorporates by reference and includes as if set forth herein all responses and paragraphs asserted in its Answer to the Plaintiff's Complaint and Intervening Complaint.

2. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments alleged in paragraphs 2, 3, 4, 5, and 6 of the Intervening Plaintiff's Intervening Complaint and, therefore, denies same.

3. The averments alleged within paragraph 7 of the Intervening Complaint call for a legal conclusion to which no response is required. To the extent a response is required, Defendant denies same.

4. The Defendant specifically denies all the averments alleged in the Intervening Complaint not previously admitted herein, including all prayers for relief, all prayers for compensation, and any other item not expressly admitted.

## THIRD DEFENSE

As an affirmative defense, this Defendant specifically pleads that the Plaintiff has failed to mitigate damages, if any damages there were, which is specifically denied.

## FOURTH DEFENSE

As an affirmative defense, this Defendant specifically pleads that Plaintiff's Intervening Complaint fails to name and join in this action all real parties in interest and/or all indispensable, necessary and proper parties.

## FIFTH DEFENSE

As an affirmative defense, this Defendant specifically pleads that Plaintiff's Intervening Complaint is barred, in whole or in part, by the provisions of the Tort Reform Act, as contained in Chapter 411 of the Kentucky Revised Statutes.

## SIXTH DEFENSE

As an affirmative defense, this Defendant specifically pleads that the damages alleged in Plaintiff's Intervening Complaint, if any, were avoidable consequences, since the Plaintiff failed to mitigate or reduce his alleged damages, if any.

## SEVENTH DEFENSE

As an affirmative defense, this Defendant specifically pleads that the Plaintiff has waived the right to assert a claim against it and is, therefore, estopped to do so in this lawsuit.

### EIGHTH DEFENSE

As an affirmative defense, this Defendant states that the Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations, and/or the equitable doctrine of laches.

### NINTH DEFENSE

As an affirmative defense, this Defendant specifically pleads that the Plaintiff's Intervening Complaint should be dismissed for improper venue.

### TENTH DEFENSE

That the damages alleged by the Plaintiff in the Intervening Complaint, if any there were, which is specifically denied, were caused and brought about by Plaintiff's own negligence and conduct. Plaintiff's negligence was a substantial factor in bringing about said injures and damages, and but for this contributory negligence, said injuries and damages, if any, would not and could not have occurred. The Defendant relies upon said contributory negligence of the part that the Plaintiff as a complete bar to his claims in the above styled action, or in the alternative to reduce the amount of his damages, if any.

### ELEVENTH DEFENSE

That all of the damages alleged by the Plaintiff in the Intervening Complaint, if any there were, which is specifically denied, were caused and brought about by some other party, a third party and/or parties or entities not presently parties which was a substantial factor in bringing about the alleged injuries and damages, and but for said negligence of such other party, third party and/or parties or entities not presently parties, said injuries and damages, if any, would not and could not

have occurred, and therefore the Defendants are without fault and relies upon same as a complete bar to the claims asserted by the Plaintiffs in their Complaint.

### TWELFTH DEFENSE

That the damages alleged by the Plaintiff in the Intervening Complaint, if any there were, which is specifically denied, were caused and brought about by prior and or subsequent intervening and or superseding cause for which the Defendant has no responsibility or control, and by an unavoidable accident, and by a cause not under the control of the Defendant and therefore the Defendant is without fault.

### THIRTEENTH DEFENSE

That the damages alleged by the Plaintiff in the Intervening Complaint, if any there were, which is specifically denied, were caused and brought about by a pre-existing condition or conditions over which the Defendant had absolutely no responsibility or control, and therefore, the Defendant is without fault and rely upon the same as a complete bar to all claims asserted by the Plaintiff in his Complaint.

### FOURTEENTH DEFENSE

Any damages that the Plaintiff may have received, which is specifically denied, were caused and brought about by Plaintiff's own fault which Plaintiff should have reasonably been aware of and therefore the Defendant is without fault and relies upon the same as a complete bar to all claims asserted by the Plaintiff in his Complaint.

### FIFTEENTH DEFENSE

The Defendant specifically pleads the Court does not have jurisdiction over it, due to insufficiency of service of process and lack of jurisdiction over the person or failure of proper service of process, and/or appropriate return of service of process.

## SIXTEENTH DEFENSE

As an affirmative defense, the Defendant specifically pleads that prejudgment interest cannot be awarded for an unliquidated claim and attorney's fees are not recoverable.

## SEVENTEENTH DEFENSE

The claim for punitive damages should be dismissed because any punitive damage award under applicable law, without bifurcating the trial and trying the punitive damage issues if and only if liability was found on the merits, would violate the Defendant's due process rights as guaranteed by the Fourteenth Amendment of the United States Constitution and the due process provisions of the Constitution of the Commonwealth of Kentucky.

## EIGHTEENTH DEFENSE

The claim for punitive damages should be dismissed because a punitive damage award under Kentucky law, which is not subject to a pre-determined limit on the amount of punitive damages that a jury may impose, would violate the Defendant's due process rights as guaranteed by the Constitution of the Commonwealth of Kentucky and it would violate the excessive fines provision of Section 17 of the Constitution of the Commonwealth of Kentucky.

## NINETEENTH DEFENSE

The claim for punitive damages should be dismissed because a jury, under applicable law:

1.      Is not provided with sufficient standards of clarity for determining the appropriateness and amount of a punitive damages award;

2.      Is not adequately instructed on the limits of punitive damages imposed by the applicable principals of deterrence and punishment;

3.      Is not expressly prohibited from awarding punitive damages, or determining the amount of a punitive damage award, in whole or in part, on the basis of invidious discriminatory characteristics including the residence and wealth of the Defendant;

4.      Is permitted to award punitive damages under a vague and arbitrary standard that does not sufficiently define the conduct or mental state that makes punitive damages permissible; and

5.      Is not subject to trial court and appellate judicial review for reasonableness and furtherance of legitimate purposes on the basis of an objective standard.

For the foregoing reasons, a punitive damage award would violate the Defendant's due process and equal protection rights as guaranteed under the Fourteenth Amendment to the United States Constitution and the Constitution of the Commonwealth of the State of Kentucky.

## TWENTIETH DEFENSE

The claim for punitive damages should be dismissed as being in violation of the United States Constitution, including but not limited to the Fifth and Eighth Amendments, as applied to the States through the Fourteenth Amendment of the United States Constitution.

## TWENTY FIRST DEFENSE

The claim for punitive damages should be dismissed as being in violation of the Constitution of the Commonwealth of Kentucky, including but not limited to Articles 2, 17 and 26.

## TWENTY SECOND DEFENSE

The claim for punitive damages is not permitted, under applicable law, without proof of each and every element beyond a reasonable doubt, and, as such, violates the Defendant's due

process rights as guaranteed by the Fourteenth Amendment of the United States Constitution and the due process provisions of the Constitution of the Commonwealth of Kentucky.

### TWENTY THIRD DEFENSE

The claim for punitive damages should be dismissed because any award of punitive damages, under the law of the Commonwealth of Kentucky, without the same protections accorded to all criminal defendants, including but not limited to, protection against unreasonable searches and seizures, double jeopardy, self-incrimination, the right to confront adverse witnesses, speedy trial and the effective assistance of counsel, would violate the Defendant's rights under the Fourteenth Amendment to the United States Constitution and the Fourth, Fifth and Sixth Amendments as incorporated into the Fourteenth Amendment in Sections 2, 3, 7, 10, 11, 12, 13, 14, 17, and 26 of the Constitution of the Commonwealth of Kentucky.

### TWENTY FIFTH DEFENSE

In the event the Plaintiff was in the course and scope of his employment at the time of the accident which forms the basis of this lawsuit, the Defendant adopts and pleads all terms and provisions of the Kentucky Worker's Compensation Act and applicable case law on set-offs and credits as a bar or defense to the allegations in the Complaint.

### TWENTY SEVENTH DEFENSE

Defendant gives notice that it intends to rely upon such other affirmative defenses as may become available or apparent during the course of discovery and reserves the right to amend this Answer to assert those defenses.

WHEREFORE, the Defendant, Worldwide Battery Company Limited Liability Company, having answered the Intervening Plaintiff's Intervening Complaint, hereby respectfully demands the following relief:

1.    That the Intervening Complaint be dismissed and held for naught;

2.    For a trial by jury;

5.    For its costs herein expended, including reasonable attorneys' fees; and

6.    For any and all other relief to which it may appear properly entitled.


                              Respectfully Submitted,

                              **PHILLIPS, PARKER, ORBERSON
                              & ARNETT, P.L.C.**
                              163 East Main Street, Suite 130
                              Lexington, Kentucky 40507
                              Telephone: (859) 559-4457
                              Facsimile:  (859) 425-4099

                              BY: */s/Lauren Crosby Thompson*
                                    Lauren Crosby Thompson
                                    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 19th day of November, 2018 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

*/s/Lauren Crosby Thompson*
Lauren Crosby Thompson

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                    PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY                     INTERVENING PLAINTIFF

VS.                    **CIVIL RULE 5.06 CERTIFICATION**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                               DEFENDANT

\*\*\*   \*\*\*   \*\*\*

Comes the Defendant, Worldwide Battery Company Limited Liability Company, by and through counsel, and hereby certifies that they have, pursuant to Rules 33, 34 and 36 of the Kentucky Rules of Civil Procedure, propounded Request for Admission, Interrogatories and Request of Production of Documents upon the Plaintiff, Robert Cundiff on this 19th day of November, 2018.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON**
**& ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile:  (859) 425-4099

BY: */s/Lauren Crosby Thompson*
LAUREN CROSBY THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 19th day of November, 2018 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

*/s/Lauren Crosby Thompson*
Lauren Crosby Thompson

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                    PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY              INTERVENING PLAINTIFF

VS.                    **CIVIL RULE 5.06 CERTIFICATION**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                               DEFENDANT

\*\*\*   \*\*\*   \*\*\*

Comes the Defendant, Worldwide Battery Company Limited Liability Company, by and through counsel, and hereby certifies that they have, pursuant to Rules 33 and 34 of the Kentucky Rules of Civil Procedure, propounded Interrogatories and Request of Production of Documents upon the Intervening Plaintiff, New Hampshire Insurance Company on this 30th day of November, 2018.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON
& ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile:  (859) 425-4099

BY: */s/Lauren Crosby Thompson*
        LAUREN CROSBY THOMPSON

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 30th day of November, 2018 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

*/s/Lauren Crosby Thompson*
Lauren Crosby Thompson

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                    PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY                   INTERVENING PLAINTIFF

VS.                          **MOTION TO COMPEL**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                            DEFENDANT

******

Comes the Defendant, Worldwide Battery Company Limited Liability Company d/b/a Worldwide Battery, by and through counsel, and hereby moves the Court to Compel the Plaintiff, Robert Cundiff, to respond to the Defendant's First Set of Interrogatories and Requests for Production of Documents pursuant to Civil Rule 37.01 of the Kentucky Rules of Civil Procedure. In support of this Motion, the Defendant hereby states the following:

On November 19, 2018, the Defendant served upon the Plaintiff its First Set of Interrogatories and Requests for Production of Documents. On January 2, 2019, the undersigned sent correspondence to counsel for the Plaintiff requesting the overdue discovery responses. [*See* correspondence attached hereto as **EXHIBIT A.**] To date, the undersigned has not received the Plaintiff's responses to the Defendant's First Set of Interrogatories and Requests for Production of Documents.

WHEREFORE, the Defendant, Worldwide Battery Company Limited Liability Company d/b/a Worldwide Battery, respectfully requests this Court for an entry of an Order compelling the

1 of 2

Plaintiff, Robert Cundiff, to respond to the Defendant's First Set of Interrogatories and Requests for Production of Documents within ten (10) days of the date of entry of the Court's order.

Respectfully submitted,

**PHILLIPS, PARKER, ORBERSON & ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile: (859) 425-4099

/s/ Lauren Crosby Thompson
LAUREN CROSBY THOMPSON

## NOTICE

Please take notice that the foregoing shall come on for hearing before the Jefferson Circuit Court on **Monday, February 4, 2019** at **3:45 p.m.** or as soon thereafter as counsel may be heard.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 18th day of January, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

/s/ Lauren Crosby Thompson
LAUREN CROSBY THOMPSON

2 of 2



**PHILLIPS PARKER
ORBERSON ARNETT**

**LEXINGTON OFFICE**

163 East Main Street
Suite 130
Lexington, Kentucky 40507
P 859.559.4457
F 859.425.4099
w ppoalaw.com

**LAUREN CROSBY THOMPSON**
Direct Dial (859) 559-4456
lthompson@ppoalaw.com

January 2, 2019

*Via Email Only:*
landismanatty@gmail.com
Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203

Re:   *Robert Cundiff v. Worldwide Battery Company*, Jefferson Circuit Court, Case No.
18-CI-004040

Mr. Landisman:

On November 19, 2018, I propounded Interrogatories and Requests for Production of Documents upon your client in the above-referenced matter. To date, I have not received your client's responses to these requests. Please provide verified responses within the next ten days or contact me to discuss the status of the responses.

Sincerely,

/s/Lauren Crosby Thompson

Lauren Crosby Thompson



COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040

ROBERT CUNDIFF                                                    PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY                    INTERVENING PLAINTIFF

VS.                              **ORDER**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                        DEFENDANT

\*\*\*\*\*\*\*

Upon the Motion of the Defendant, Worldwide Battery Company Limited Liability

Company d/b/a Worldwide Battery, the Court having reviewed the record, heard argument of

counsel, and being otherwise sufficiently advised, it is HEREBY ORDERED and ADJUDGED as

follows:

The Motion to Compel is SUSTAINED. The Plaintiff, Robert Cundiff, shall provide

verified responses to Interrogatories and Requests for Production of Documents to the Defendant

within seven (7) 30 days of entry of this Order.

SO ORDERED this the 4ᵗʰ day of _____, 2014.

_____
JUDGE, JEFFERSON CIRCUIT COURT

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK

FEB 05 2019

BY_____
DEPUTY CLERK

TENDERED BY:

/s/ Lauren Crosby Thompson
LAUREN CROSBY THOMPSON
*Counsel for Defendant*

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order has been served, via U.S. Mail, postage prepaid, on this __5__ day of __Feb__, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
*Counsel for Plaintiff, Robert Cundiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Lauren Crosby Thompson
PHILLIPS PARKER ORBERSON & ARNETT, PLC
163 East Main Street, Suite 130
Lexington, Kentucky 40507
*Counsel for Defendant, World Wide Battery Company Limited Liability Company d/b/a Worldwide Battery*

CLERK, JEFFERSON CIRCUIT COURT

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                    PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY                  INTERVENING PLAINTIFF

VS.          **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF**
             **BULLITT CO. FOOT & ANKLE SPECIALISTS, PSC**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                            DEFENDANT

\*\*\*  \*\*\*  \*\*\*

Notice is hereby given that counsel for the Defendant, Worldwide Battery Company Limited Liability Company d/b/a Worldwide Battery, will proceed to take the deposition of the records custodian of Bullitt Co. Foot & Ankle Specialists, PSC, 421 Adam Shepherd Parkway, Suite #100, Shepherdsville, Kentucky, beginning at 12:45 p.m., on April 15, 2019, continuing day to day until completed.

Said deposition is to be taken and used for all purposes allowed by the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON**
**& ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile:  (859) 425-4099

BY: */s/Lauren Crosby Thompson*
          LAUREN CROSBY THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 13th day of March, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Susan Elsensohn
Court Reporter
P.O. Box 910615
Lexington, Kentucky 40591

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

*/s/Lauren Crosby Thompson*
Lauren Crosby Thompson

| AOC-025 | Doc. Code: RS | | Case No. | 18-CI-004040 |
|---|---|---|---|---|
| Rev. 5-03 | | | Court | Circuit Civil |
| Page 1 of 1 | | | | |
| Commonwealth of Kentucky | | ☐ **SUBPOENA** | County | Jefferson |
| Court of Justice    www.kycourts.net | | ✓ **SUBPOENA DUCES TECUM** | | |
| CR 45; RCr 7.02 | | | Date | March 13, 2019 |

**ROBERT**                              **CUNDIFF**                                        **PLAINTIFF**

**VS**

**WORLDWIDE BATTERY CO**                   **LLC**                                **DEFENDANT**

**The Commonwealth of Kentucky to:**

*Name*  Records Custodian of Bullitt Co. Foot & Ankle Specialists, PSC

*Address* 421 Adam Shepherd Parkway, Suite #100

Shepherdsville                        Kentucky                        40165

**You are commanded to appear before:**    *(select one of three choices)*

☐ _____ Court    ☐ The Grand Jury of _____ County

✓ Other    Court Reporter

**You are to appear at:**    the address listed above

on the __15__ day of April _____, 2 019, at __12:45__ ☐ a.m. OR ✓ p.m. ✓ Eastern ☐ Central Time

☐ To testify in behalf of _____

✓ To produce  a CERTIFIED copy of the entire medical records file pertaining to Robert Cundiff (DOB: XX-XX-1947 and SSN: XXX-XX-6842) including: record, bills and radiology images.

☐ To give depositions

| _____ Clerk | Lauren Crosby Thompson |
|---|---|
| Issuing Officer | **Name of Requesting Attorney** |
| By: _____ D.C. | Phone # 859-559-4457 |

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2 _____.    By: _____

_____ Title

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                          PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY                      INTERVENING PLAINTIFF

VS.        **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF**
                             **DR. ANGELINO YSON**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                                    DEFENDANT

**\*\*\*   \*\*\*   \*\*\***

Notice is hereby given that counsel for the Defendant, Worldwide Battery Company Limited Liability Company d/b/a Worldwide Battery, will proceed to take the deposition of the records custodian of Dr. Angelino Yson, 4003 Kresge Way, Suite #400, Louisville, Kentucky, beginning at 9:00 a.m., on April 10, 2019, continuing day to day until completed.

Said deposition is to be taken and used for all purposes allowed by the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON**
**& ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile:  (859) 425-4099

BY: */s/Lauren Crosby Thompson*
         LAUREN CROSBY THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 13th day of March, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Susan Elsensohn
Court Reporter
P.O. Box 910615
Lexington, Kentucky 40591

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

/s/Lauren Crosby Thompson
Lauren Crosby Thompson

| AOC-025      Doc. Code: RS<br>Rev. 5-03<br>Page 1 of 1<br><br>Commonwealth of Kentucky<br>Court of Justice    www.kycourts.net<br>CR 45; RCr 7.02 |   ☐ **SUBPOENA**<br><br>☑ **SUBPOENA DUCES TECUM** | Case No.   18-CI-004040<br>Court     Circuit Civil<br>County    Jefferson<br>Date     March 13, 2019 |

| ROBERT | CUNDIFF | | PLAINTIFF |
|---|---|---|---|
| VS | | | |
| WORLDWIDE BATTERY CO | | LLC | DEFENDANT |

**The Commonwealth of Kentucky to:**

Name   Records Custodian of Dr. Angelino Yson

Address 4003 Kresge Way, Suite 400

Louisville      Kentucky      40207

**You are commanded to appear before:** *(select one of three choices)*

☐ _____ Court    ☐ The Grand Jury of _____ County

☑ Other   Court Reporter

**You are to appear at:** the address listed above

on the 10 day of April , 2 019 , at 9:00 ☑ a.m. OR ☐ p.m. ☑ Eastern ☐ Central Time

☐ To testify in behalf of

☑ To produce a CERTIFIED copy of the entire medical records file pertaining to Robert Cundiff (DOB: XX-XX-1947 and SSN: XXX-XX-6842) including: records, bills and radiology images

☐ To give depositions

| _____ Clerk<br><br>Issuing Officer<br><br>By: _____ D.C. | Lauren Crosby Thompson<br>**Name of Requesting Attorney**<br>Phone # 859-559-4457 |

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____ , 2 _____ .   By: _____

_____ Title

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                    PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY             INTERVENING PLAINTIFF

VS.          **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF
                    DR. JAMES PATRICK DONOVAN**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                              DEFENDANT

\*\*\*   \*\*\*   \*\*\*

Notice is hereby given that counsel for the Defendant, Worldwide Battery Company Limited Liability Company d/b/a Worldwide Battery, will proceed to take the deposition of the records custodian of Dr. James Patrick Donovan, 6420 Dutchman's Parkway, Suite 200, Louisville, Kentucky, beginning at 12:30 p.m., on April 10, 2019, continuing day to day until completed.

Said deposition is to be taken and used for all purposes allowed by the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON
& ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile:  (859) 425-4099

BY: */s/Lauren Crosby Thompson*
      LAUREN CROSBY THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 13th day of March, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Susan Elsensohn
Court Reporter
P.O. Box 910615
Lexington, Kentucky 40591

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

*/s/Lauren Crosby Thompson*
Lauren Crosby Thompson

| AOC-025<br>Rev. 5-03<br>Page 1 of 1 | Doc. Code: RS | | Case No. | 18-CI-004040 |
|---|---|---|---|---|
| Commonwealth of Kentucky<br>Court of Justice    www.kycourts.net | | ☐ **SUBPOENA** | Court | Circuit Civil |
| | | | County | Jefferson |
| CR 45; RCr 7.02 | | ✓ **SUBPOENA DUCES TECUM** | Date | March 13, 2019 |

ROBERT                              CUNDIFF                                                    PLAINTIFF

VS

WORLDWIDE BATTERY CO                          LLC                                  DEFENDANT

**The Commonwealth of Kentucky to:**

Name__ Records Custodian of Dr. James Patrick Donovan

Address 6420 Dutchman's Parkway, Suite 200

_____

Louisville                          Kentucky                  40205

**You are commanded to appear before:**    *(select one of three choices)*

☐ _____ Court     ☐ The Grand Jury of _____ County

✓ Other    Court Reporter

**You are to appear at:**    the address listed above

_____

on the 10____ day of April_____, 2 019, at 12:30 ☐ a.m. OR ✓ p.m. ✓ Eastern ☐ Central Time

☐ To testify in behalf of _____

✓ To produce  a CERTIFIED copy of the entire medical records file pertaining to Robert Cundiff (DOB: XX-XX-1947 and SSN: XXX-XX-6842) including: records, bills and radiology images.

_____

☐ To give depositions

| | |
|---|---|
| _____ Clerk<br>Issuing Officer<br>By: _____ D.C. | Lauren Crosby Thompson<br>**Name of Requesting Attorney**<br>Phone # 859-559-4457 |

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2_____.    By: _____

_____ Title

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                    PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY              INTERVENING PLAINTIFF

VS.          **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF
                        GANESH RAO, M.D.**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                               DEFENDANT

                    ***   ***   ***

        Notice is hereby given that counsel for the Defendant, Worldwide Battery Company Limited Liability Company d/b/a Worldwide Battery, will proceed to take the deposition of the records custodian of Ganesh Rao, M.D., 3 Audubon Plaza Drive, Suite L10, Louisville, Kentucky, beginning at 3:00 p.m., on April 10, 2019, continuing day to day until completed.

        Said deposition is to be taken and used for all purposes allowed by the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence.

                            Respectfully Submitted,

                            **PHILLIPS, PARKER, ORBERSON
                            & ARNETT, P.L.C.**
                            163 East Main Street, Suite 130
                            Lexington, Kentucky 40507
                            Telephone: (859) 559-4457
                            Facsimile:  (859) 425-4099

                            BY: */s/Lauren Crosby Thompson*
                                   LAUREN CROSBY THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 13th day of March, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Susan Elsensohn
Court Reporter
P.O. Box 910615
Lexington, Kentucky 40591

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

*/s/Lauren Crosby Thompson*
Lauren Crosby Thompson

| AOC-025 | Doc. Code: RS | | Case No. | 18-CI-004040 |
|---|---|---|---|---|

AOC-025
Rev. 5-03
Page 1 of 1

Commonwealth of Kentucky
Court of Justice    www.kycourts.net

CR 45; RCr 7.02

[ ] **SUBPOENA**

[✓] **SUBPOENA DUCES TECUM**

| Case No. | 18-CI-004040 |
|---|---|
| Court | Circuit Civil |
| County | Jefferson |
| Date | March 13, 2019 |

ROBERT                          CUNDIFF                                        **PLAINTIFF**

VS

WORLDWIDE BATTERY CO                        LLC                          **DEFENDANT**

**The Commonwealth of Kentucky to:**

Name   Records Custodian of Ganesh Rao, M.D.

Address  3 Audubon Plaza Drive, Suite L10

Louisville                     Kentucky                40217

**You are commanded to appear before:**    *(select one of three choices)*

[ ] _____ Court   [ ] The Grand Jury of _____ County

[✓] Other    Court Reporter

**You are to appear at:**   the address listed above

on the 10 day of April , 2 019 , at 3:00 [ ] a.m. OR [✓] p.m. [✓] Eastern [ ] Central Time

[ ] To testify in behalf of _____

[✓] To produce  a CERTIFIED copy of the entire medical records file pertaining to Robert Cundiff (DOB: XX-XX-1947 and SSN: XXX-XX-6842) including: records, bills and radiology images.

[ ] To give depositions

_____ Clerk
Issuing Officer

By: _____ D.C.

Lauren Crosby Thompson
**Name of Requesting Attorney**

Phone #  859-559-4457

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2____.    By: _____

_____ Title

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                    PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY                    INTERVENING PLAINTIFF

VS.         **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF**
                       **GOULD'S DISCOUNT MEDICAL**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                                DEFENDANT

*** *** ***

Notice is hereby given that counsel for the Defendant, Worldwide Battery Company Limited Liability Company d/b/a Worldwide Battery, will proceed to take the deposition of the records custodian of Gould's Discount Medical, 3901 Dutchman's Lane, Louisville, Kentucky, beginning at 11:00 a.m., on April 10, 2019, continuing day to day until completed.

Said deposition is to be taken and used for all purposes allowed by the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON
& ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile: (859) 425-4099

BY: */s/Lauren Crosby Thompson*
LAUREN CROSBY THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 13th day of March, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Susan Elsensohn
Court Reporter
P.O. Box 910615
Lexington, Kentucky 40591

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

*/s/Lauren Crosby Thompson*
Lauren Crosby Thompson

| AOC-025 Doc. Code: RS<br>Rev. 5-03<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.kycourts.net<br>CR 45; RCr 7.02 | ☐ **SUBPOENA**<br>☑ **SUBPOENA DUCES TECUM** | Case No.   18-CI-004040 |
|---|---|---|
| | | Court   Circuit Civil |
| | | County   Jefferson |
| | | Date   March 13, 2019 |

ROBERT                          CUNDIFF                                    PLAINTIFF

VS

WORLDWIDE BATTERY CO                     LLC                          DEFENDANT

**The Commonwealth of Kentucky to:**

Name___ Records Custodian of Gould's Discount Medical

Address 3901 Dutchman's Lane

Louisville                          Kentucky              40205

**You are commanded to appear before:**   *(select one of three choices)*

☐ _____ Court   ☐ The Grand Jury of _____ County

☑ Other   Court Reporter

**You are to appear at:**   the address listed above

_____

on the __10__ day of __April__ , 2 _019_ , at __11:00__   ☑ a.m. OR ☐ p.m. ☑ Eastern ☐ Central Time

☐ To testify in behalf of _____

☑ To produce  a CERTIFIED copy of any and all records pertaining to Robert Cundiff (DOB: XX-XX-1947 and

SSN: XXX-XX-6842) including: physician orders, equipment purchases, billing invoices/receipts.

_____

☐ To give depositions

| _____ Clerk<br>Issuing Officer<br>By: _____ D.C. | Lauren Crosby Thompson<br>**Name of Requesting Attorney**<br>Phone # 859-559-4457 |
|---|---|

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____ , 2 _____ .   By: _____

_____ Title

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                              PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY                INTERVENING PLAINTIFF

VS.        **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF
KORT PHYSICAL THERAPY**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                          DEFENDANT

\*\*\*   \*\*\*   \*\*\*

Notice is hereby given that counsel for the Defendant, Worldwide Battery Company Limited Liability Company d/b/a Worldwide Battery, will proceed to take the deposition of the records custodian of KORT Physical Therapy, 6400 Dutchman's Parkway, Suite 20, Louisville, Kentucky, beginning at 1:00 p.m., on April 10, 2019, continuing day to day until completed.

Said deposition is to be taken and used for all purposes allowed by the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON
& ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile:  (859) 425-4099

BY: */s/Lauren Crosby Thompson*
LAUREN CROSBY THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 13th day of March, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Susan Elsensohn
Court Reporter
P.O. Box 910615
Lexington, Kentucky 40591

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

/s/Lauren Crosby Thompson
Lauren Crosby Thompson

| AOC-025 | Doc. Code: RS | | Case No. | 18-CI-004040 |
|---|---|---|---|---|

AOC-025
Rev. 5-03
Page 1 of 1

Commonwealth of Kentucky
Court of Justice    www.kycourts.net
CR 45; RCr 7.02

☐ **SUBPOENA**
✓ **SUBPOENA DUCES TECUM**

Case No. 18-CI-004040
Court    Circuit Civil
County    Jefferson
Date    March 13, 2019

ROBERT                              CUNDIFF                                   **PLAINTIFF**

VS

WORLDWIDE BATTERY CO                          LLC                            **DEFENDANT**

**The Commonwealth of Kentucky to:**

Name   Records Custodian of KORT Physical Therapy

Address 6400 Dutchman's Parkway, Suite 20

Louisville                    Kentucky              40205

**You are commanded to appear before:**    (select one of three choices)

☐ _____ Court    ☐ The Grand Jury of _____ County
✓ Other    Court Reporter

**You are to appear at:**   the address listed above

on the 10 day of April _____, 2 019, at 1:00 ☐ a.m. OR ✓ p.m. ✓ Eastern ☐ Central Time
☐ To testify in behalf of _____
✓ To   produce   a CERTIFIED copy of the entire medical records file pertaining to Robert Cundiff (DOB: XX-XX-1947 and SSN: XXX-XX-6842) including: record, bills and radiology images.

☐ To give depositions

| _____ Clerk | Lauren Crosby Thompson |
|---|---|
| Issuing Officer | **Name of Requesting Attorney** |
| By: _____ D.C. | Phone # 859-559-4457 |

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2_____.    By: _____

_____ Title

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                    PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY                    INTERVENING PLAINTIFF

VS.        **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF
                        KROGER PHARMACY**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                          DEFENDANT

\*\*\*   \*\*\*   \*\*\*

Notice is hereby given that counsel for the Defendant, Worldwide Battery Company Limited Liability Company d/b/a Worldwide Battery, will proceed to take the deposition of the records custodian of Kroger Pharmacy, 185 Adam Shepherd Parkway, Shepherdsville, Kentucky, beginning at 1:15 p.m., on April 15, 2019, continuing day to day until completed.

Said deposition is to be taken and used for all purposes allowed by the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON
& ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile:  (859) 425-4099

BY: */s/Lauren Crosby Thompson*
         LAUREN CROSBY THOMPSON

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 13th day of March, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Susan Elsensohn
Court Reporter
P.O. Box 910615
Lexington, Kentucky 40591

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

/s/Lauren Crosby Thompson
Lauren Crosby Thompson

| AOC-025<br>Rev. 5-03<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice    *www.kycourts.net*<br>CR 45; RCr 7.02 | Doc. Code: RS | ☐ **SUBPOENA**<br>☑ **SUBPOENA DUCES TECUM** | Case No. | 18-CI-004040 |
|---|---|---|---|---|
| | | | Court | Circuit Civil |
| | | | County | Jefferson |
| | | | Date | March 13, 2019 |

ROBERT                                          CUNDIFF                                          PLAINTIFF

VS

WORLDWIDE BATTERY CO                              LLC                              DEFENDANT

**The Commonwealth of Kentucky to:**

Name_  Records Custodian of  Kroger Pharmacy

Address 185 Adam Shepherd Parkway

Shepherdsville                          Kentucky                          40165

**You are commanded to appear before:**    *(select one of three choices)*

☐ _____ Court    ☐ The Grand Jury of _____ County

☑ Other    Court Reporter

**You are to appear at:**    the address listed above

on the _15_ day of _April_ , 2 _019_ , at _1:15_   ☐ a.m. OR ☑ p.m. ☑ Eastern ☐ Central Time

☐ To testify in behalf of _____

☑ To produce  a CERTIFIED copy of the entire medical records file pertaining to Robert Cundiff (DOB: XX-XX-1947 and

SSN: XXX-XX-6842) including: records and bills

☐ To give depositions

| _____ Clerk<br>Issuing Officer<br>By: _~signature~_ _____ D.C. | Lauren Crosby Thompson<br>**Name of Requesting Attorney**<br>Phone # 859-559-4457 |
|---|---|

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2_____ .    By: _____

_____ Title

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                                    PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY                          INTERVENING PLAINTIFF

VS.        **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF
                        LOUISVILLE PULMONARY CARE, PLLC**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                                      DEFENDANT

**\*\*\*   \*\*\*   \*\*\***

Notice is hereby given that counsel for the Defendant, Worldwide Battery Company Limited Liability Company d/b/a Worldwide Battery, will proceed to take the deposition of the records custodian of Louisville Pulmonary Care, PLLC, 4003 Kresge Way, Suite #312, Louisville, Kentucky, beginning at 9:30 a.m., on April 10, 2019, continuing day to day until completed.

Said deposition is to be taken and used for all purposes allowed by the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON
& ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile: (859) 425-4099

BY: */s/Lauren Crosby Thompson*
        LAUREN CROSBY THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 13th day of March, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Susan Elsensohn
Court Reporter
P.O. Box 910615
Lexington, Kentucky 40591

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

/s/Lauren Crosby Thompson
Lauren Crosby Thompson

| AOC-025 | Doc. Code: RS | | | Case No. | 18-CI-004040 |
|---|---|---|---|---|---|
| Rev. 5-03 Page 1 of 1 | | | | Court | Circuit Civil |
| Commonwealth of Kentucky Court of Justice   www.kycourts.net CR 45; RCr 7.02 | | ☐ **SUBPOENA** ✓ **SUBPOENA DUCES TECUM** | | County | Jefferson |
| | | | | Date | March 13, 2019 |

ROBERT                                                CUNDIFF                                                            **PLAINTIFF**

VS

WORLDWIDE BATTERY CO                        LLC                                                                **DEFENDANT**

**The Commonwealth of Kentucky to:**

*Name*    Records Custodian of Louisville Pulmonary Care, PLLC

*Address*  4003 Kresge Way, Suite 312

          Louisville                          Kentucky                    40207

**You are commanded to appear before:**    *(select one of three choices)*

☐ _____ Court    ☐ The Grand Jury of _____ County

✓ Other    Court Reporter

**You are to appear at:**   the address listed above

on the _10_ day of April _____, 2 019 , at _9:30_ ✓ a.m. OR ☐ p.m. ✓ Eastern ☐ Central Time

☐ To testify in behalf of _____

✓ To produce a CERTIFIED copy of the entire medical records file pertaining to Robert Cundiff (DOB: XX-XX-1947 and SSN: XXX-XX-6842) including: record, bills and radiology images.

☐ To give depositions

| | |
|---|---|
| _____ Clerk **Issuing Officer** By: _____ D.C. | Lauren Crosby Thompson **Name of Requesting Attorney** Phone # 859-559-4457 |

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2_____.    By: _____

                                                                                        _____ Title

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                                PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY                    INTERVENING PLAINTIFF

VS.        **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF
                 MEDICAL CENTER JEWISH SOUTH**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                                          DEFENDANT

                          ***   ***   ***

        Notice is hereby given that counsel for the Defendant, Worldwide Battery Company

Limited Liability Company d/b/a Worldwide Battery, will proceed to take the deposition of the

records custodian of KentuckyOne Health, Medical Center Jewish South, 1903 West Hebron Lane,

Shepherdsville, Kentucky, beginning at 12:00 p.m., on April 15, 2019, continuing day to day until

completed.

        Said deposition is to be taken and used for all purposes allowed by the Kentucky Rules of

Civil Procedure and the Kentucky Rules of Evidence.

                                    Respectfully Submitted,

                                    **PHILLIPS, PARKER, ORBERSON
                                    & ARNETT, P.L.C.**
                                    163 East Main Street, Suite 130
                                    Lexington, Kentucky 40507
                                    Telephone: (859) 559-4457
                                    Facsimile:  (859) 425-4099

                                    BY: */s/Lauren Crosby Thompson*
                                         LAUREN CROSBY THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 13th day of March, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Susan Elsensohn
Court Reporter
P.O. Box 910615
Lexington, Kentucky 40591

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

/s/Lauren Crosby Thompson
Lauren Crosby Thompson

AOC-025
Rev. 5-03
Page 1 of 1

Doc. Code: RS

Commonwealth of Kentucky
Court of Justice    www.kycourts.net
CR 45; RCr 7.02

☐ **SUBPOENA**

☑ **SUBPOENA DUCES TECUM**

| Case No. | 18-CI-004040 |
| Court | Circuit Civil |
| County | Jefferson |
| Date | March 13, 2019 |

ROBERT                                    CUNDIFF                                    **PLAINTIFF**

VS

WORLDWIDE BATTERY CO                         LLC                         **DEFENDANT**

The Commonwealth of Kentucky to:

Name    Records Custodian of Medical Center Jewish South

Address KentuckyOne Health

1903 West Hebron Lane

Shepherdsville                         Kentucky                         40165

You are commanded to appear before:    *(select one of three choices)*

☐ _____ Court    ☐ The Grand Jury of _____ County

☑ Other    Court Reporter

You are to appear at:    the address listed above

on the 15 day of April _____, 2 019, at 12:00 ☐ a.m. OR ☑ p.m. ☑ Eastern ☐ Central Time

☐ To testify in behalf of _____

☑ To produce    a CERTIFIED copy of the entire medical records file pertaining to Robert Cundiff (DOB: XX-XX-1947 and SSN: XXX-XX-6842) including: record, bills and radiology images.

☐ To give depositions

_____ Clerk

Issuing Officer

By: _____ D.C.

Lauren Crosby Thompson

**Name of Requesting Attorney**

Phone # 859-559-4457

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2_____.    By: _____

_____ Title

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                              PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY                       INTERVENING PLAINTIFF

VS.        **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF**
                **NORTHSTAR ANESTHESIA OF KENTUCKY, PLLC**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                                   DEFENDANT

\*\*\*   \*\*\*   \*\*\*

Notice is hereby given that counsel for the Defendant, Worldwide Battery Company Limited Liability Company d/b/a Worldwide Battery, will proceed to take the deposition of the records custodian of Northstar Anesthesia of Kentucky, PLLC, InCorp Services, Inc., 828 Lane Allen Road #219, Lexington, Kentucky, beginning at 3:00 p.m., on April 15, 2019, continuing day to day until completed.

Said deposition is to be taken and used for all purposes allowed by the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON
& ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile:  (859) 425-4099

BY: */s/Lauren Crosby Thompson*
        LAUREN CROSBY THOMPSON

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 13th day of March, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Susan Elsensohn
Court Reporter
P.O. Box 910615
Lexington, Kentucky 40591

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

*/s/Lauren Crosby Thompson*
Lauren Crosby Thompson

AOC-025
Rev. 5-03
Page 1 of 1

Doc. Code: RS

Commonwealth of Kentucky
Court of Justice    www.kycourts.net
CR 45; RCr 7.02

[ ] **SUBPOENA**

[✓] **SUBPOENA DUCES TECUM**

Case No.   18-CI-004040

Court   Circuit Civil

County   Jefferson

Date   March 13, 2019

ROBERT                          CUNDIFF                                    **PLAINTIFF**

VS

WORLDWIDE BATTERY CO                    LLC                          **DEFENDANT**

**The Commonwealth of Kentucky to:**

Name   Records Custodian of NorthStar Anesthesia of KY

Address   InCorp Services, Inc.

828 Lane Allen Road #219

Lexington                    Kentucky                    40504

**You are commanded to appear before:**    *(select one of three choices)*

[ ] _____ Court    [ ] The Grand Jury of _____ County

[✓] Other    Court Reporter

**You are to appear at:**    the address listed above

on the 15 day of April , 2 019 , at 3:00 [ ] a.m. OR [✓] p.m. [✓] Eastern [ ] Central Time

[ ] To testify in behalf of _____

[✓] To produce a CERTIFIED copy of the entire medical records file pertaining to Robert Cundiff (DOB: XX-XX-1947 and SSN: XXX-XX-6842) including: record, bills and radiology images.

[ ] To give depositions

_____ Clerk
Issuing Officer

By: _____ D.C.

Lauren Crosby Thompson
**Name of Requesting Attorney**

Phone # 859-559-4457

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2_____.    By: _____

_____ Title

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                    PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY                    INTERVENING PLAINTIFF

VS.          **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF
                        NORTON AUDUBON HOSPITAL**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                               DEFENDANT

\*\*\*   \*\*\*   \*\*\*

Notice is hereby given that counsel for the Defendant, Worldwide Battery Company
Limited Liability Company d/b/a Worldwide Battery, will proceed to take the deposition of the
records custodian of Norton Audubon Hospital, 1 Audubon Plaza Drive, Louisville, Kentucky,
beginning at 2:00 p.m., on April 10, 2019, continuing day to day until completed.

Said deposition is to be taken and used for all purposes allowed by the Kentucky Rules of
Civil Procedure and the Kentucky Rules of Evidence.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON
& ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile:  (859) 425-4099

BY: */s/Lauren Crosby Thompson*
        LAUREN CROSBY THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 13th day of March, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Susan Elsensohn
Court Reporter
P.O. Box 910615
Lexington, Kentucky 40591

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

*/s/Lauren Crosby Thompson*
Lauren Crosby Thompson

| AOC-025          Doc. Code: RS | | Case No. | 18-CI-004040 |
| Rev. 5-03 | | | |
| Page 1 of 1 | | Court | Circuit Civil |
| Commonwealth of Kentucky | ☐ **SUBPOENA** | County | Jefferson |
| Court of Justice   www.kycourts.net | | | |
| CR 45; RCr 7.02 | ✓ **SUBPOENA DUCES TECUM** | Date | March 13, 2019 |

ROBERT                              CUNDIFF                                        PLAINTIFF

VS

WORLDWIDE BATTERY CO                        LLC                              DEFENDANT

**The Commonwealth of Kentucky to:**

*Name*   Records Custodian of Norton Audubon Hospital

*Address*  1 Audubon Plaza Drive

        Louisville                    Kentucky              40217

**You are commanded to appear before:**  *(select one of three choices)*

☐ _____ Court    ☐ The Grand Jury of _____ County

✓ Other    Court Reporter

**You are to appear at:**  the address listed above

on the  10   day of  April           , 2 019 , at  2:00   ☐ a.m. OR ✓ p.m. ✓ Eastern ☐ Central Time

☐ To testify in behalf of _____

✓ To  produce  a CERTIFIED copy of the entire medical records file pertaining to Robert Cundiff (DOB: XX-XX-1947 and SSN: XXX-XX-6842) including: record, bills and radiology images.

☐ To give depositions

| _____ Clerk | Lauren Crosby Thompson |
| Issuing Officer | **Name of Requesting Attorney** |
| By: _____ D.C. | Phone #  859-559-4457 |

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2_____.    By: _____

_____ Title

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                    PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY            INTERVENING PLAINTIFF

VS.        **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF
              NORTON BROWNSBORO HOSPITAL**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                                DEFENDANT

*** *** ***

Notice is hereby given that counsel for the Defendant, Worldwide Battery Company Limited Liability Company d/b/a Worldwide Battery, will proceed to take the deposition of the records custodian of Norton Brownsboro Hospital, 4960 Norton Healthcare Boulevard, Louisville, Kentucky, beginning at 9:00 a.m., on April 15, 2019, continuing day to day until completed.

Said deposition is to be taken and used for all purposes allowed by the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON
& ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile: (859) 425-4099

BY: */s/Lauren Crosby Thompson*
        LAUREN CROSBY THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 13th day of March, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Susan Elsensohn
Court Reporter
P.O. Box 910615
Lexington, Kentucky 40591

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

/s/Lauren Crosby Thompson
Lauren Crosby Thompson

| AOC-025 | Doc. Code: RS | | Case No. | 18-CI-004040 |
| Rev. 5-03 | | | Court | Circuit Civil |
| Page 1 of 1 | | | | |
| Commonwealth of Kentucky | | ☐ **SUBPOENA** | County | Jefferson |
| Court of Justice    www.kycourts.net | | | | |
| CR 45; RCr 7.02 | | ✓ **SUBPOENA DUCES TECUM** | Date | March 13, 2019 |

ROBERT                                              :CUNDIFF                          **PLAINTIFF**

VS

WORLDWIDE BATTERY CO                         LLC                          **DEFENDANT**

**The Commonwealth of Kentucky to:**

Name__ Records Custodian of Norton Brownsboro Hospital

Address 4960 Norton Healthcare Boulevard

_____Louisville_____Kentucky_____40241_____

**You are commanded to appear before:**    *(select one of three choices)*

☐ _____ Court    ☐ The Grand Jury of _____ County

✓ Other    Court Reporter

**You are to appear at:**    the address listed above

_____

on the  15   . day of April_____, 2 019   , at  9:00   ✓ a.m. OR ☐ p.m. ✓ Eastern ☐ Central Time

☐ To testify in behalf of _____

✓ To produce a CERTIFIED copy of the entire medical records file pertaining to Robert Cundiff (DOB: XX-XX-1947 and

SSN: XXX-XX-6842) including: record, bills and radiology images.

_____

☐ To give depositions

| | | |
|---|---|---|
| _____ Clerk | Lauren Crosby Thompson | |
| Issuing Officer | **Name of Requesting Attorney** | |
| By: _____ D.C. | Phone # 859-559-4457 | |

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2_____.    By: _____

_____ **Title**

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                    PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY          INTERVENING PLAINTIFF

VS.          **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF**
     **NORTON CARDIOVASCULAR DIAGNOSTICS CENTER - SPRINGS**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                                DEFENDANT

\*\*\*   \*\*\*   \*\*\*

Notice is hereby given that counsel for the Defendant, Worldwide Battery Company Limited Liability Company d/b/a Worldwide Battery, will proceed to take the deposition of the records custodian of Norton Cardiovascular Diagnostics Center – Springs, 6420 Dutchman's Parkway, Suite 75, Louisville, Kentucky, beginning at 12:00 p.m., on April 10, 2019, continuing day to day until completed.

Said deposition is to be taken and used for all purposes allowed by the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON
& ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile:  (859) 425-4099

BY: */s/Lauren Crosby Thompson*
        LAUREN CROSBY THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 13th day of March, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Susan Elsensohn
Court Reporter
P.O. Box 910615
Lexington, Kentucky 40591

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

*/s/Lauren Crosby Thompson*
Lauren Crosby Thompson

| AOC-025 | Doc. Code: RS | | Case No. | 18-CI-004040 |
|---|---|---|---|---|
| Rev. 5-03 | | | Court | Circuit Civil |
| Page 1 of 1 | | | | |
| Commonwealth of Kentucky | | ☐ **SUBPOENA** | County | Jefferson |
| Court of Justice    www.kycourts.net | | | | |
| CR 45; RCr 7.02 | | ✓ **SUBPOENA DUCES TECUM** | Date | March 13, 2019 |

ROBERT                                CUNDIFF                                                    PLAINTIFF

VS

WORLDWIDE BATTERY CO                          LLC                                    DEFENDANT

**The Commonwealth of Kentucky to:**

_Name_   Records Custodian of Norton Cardiovascular Diagnostic Center -Springs

_Address_ 6420 Dutchman's Parkway, Suite 75

    Louisville                          Kentucky                40205

**You are commanded to appear before:**   _(select one of three choices)_

☐ _____ Court    ☐ The Grand Jury of _____ County

✓ Other    Court Reporter

**You are to appear at:**   the address listed above

_____

on the 10 ____ day of April _____, 2 019 ___, at __12:00___ ☐ a.m. OR ✓ p.m. ✓ Eastern ☐ Central Time

☐ To testify in behalf of _____

✓ To produce a CERTIFIED copy of the entire medical records file pertaining to Robert Cundiff (DOB: XX-XX-1947 and

SSN: XXX-XX-6842) including: record, bills and radiology images.

_____

☐ To give depositions

| | |
|---|---|
| _____ Clerk | Lauren Crosby Thompson |
| Issuing Officer | **Name of Requesting Attorney** |
| By: _H_____ D.C. | Phone # 859-559-4457 |

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2____.    By: _____

_____ Title

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                    PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY                  INTERVENING PLAINTIFF

VS.          **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF**
             **NORTON DIAGNOSTIC CENTER - DUPONT**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                               DEFENDANT

\*\*\*  \*\*\*  \*\*\*

Notice is hereby given that counsel for the Defendant, Worldwide Battery Company
Limited Liability Company d/b/a Worldwide Battery, will proceed to take the deposition of the
records custodian of Norton Diagnostic Center - Dupont, 3901 Dutchman's Lane, Suite 101,
Louisville, Kentucky, beginning at 10:00 a.m., on April 10, 2019, continuing day to day until
completed.

Said deposition is to be taken and used for all purposes allowed by the Kentucky Rules of
Civil Procedure and the Kentucky Rules of Evidence.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON
& ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile:  (859) 425-4099

BY: */s/Lauren Crosby Thompson*
LAUREN CROSBY THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 13th day of March, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Susan Elsensohn
Court Reporter
P.O. Box 910615
Lexington, Kentucky 40591

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

*/s/Lauren Crosby Thompson*
Lauren Crosby Thompson

| AOC-025<br>Rev. 5-03<br>Page 1 of 1 | Doc. Code: RS | | Case No. | 18-CI-004040 |
|---|---|---|---|---|
| Commonwealth of Kentucky<br>Court of Justice    www.kycourts.net | | ☐ **SUBPOENA** | Court | Circuit Civil |
| | | | County | Jefferson |
| CR 45; RCr 7.02 | | ✓ **SUBPOENA DUCES TECUM** | Date | March 13, 2019 |

ROBERT                              CUNDIFF                                              PLAINTIFF

VS

WORLDWIDE BATTERY CO                           LLC                      DEFENDANT

**The Commonwealth of Kentucky to:**

Name___Records Custodian of Norton Diagnostic Center - Dupont

Address 3901 Dutchman's Lane, Suite 101

_____Louisville_____Kentucky_____40207_____

**You are commanded to appear before:**   *(select one of three choices)*

☐ _____ Court    ☐ The Grand Jury of _____ County
✓ Other    Court Reporter

**You are to appear at:**   the address listed above

on the _10_ day of _April_____, 2 _019_, at _10:00_  ✓ a.m. OR ☐ p.m. ✓ Eastern ☐ Central Time

☐ To testify in behalf of _____

✓ To   produce   a CERTIFIED copy of the entire medical records file pertaining to Robert Cundiff (DOB: XX-XX-1947 and
SSN: XXX-XX-6842) including: record, bills and radiology images.

☐ To give depositions

| | |
|---|---|
| _____ Clerk<br>Issuing Officer<br>By: _____ D.C. | Lauren Crosby Thompson<br>**Name of Requesting Attorney**<br>Phone # 859-559-4457 |

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2 _____.    By: _____

_____ Title

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                      PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY                    INTERVENING PLAINTIFF

VS.          **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF
                    PROSCAN IMAGING ST. MATTHEWS**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                                  DEFENDANT

*** *** ***

Notice is hereby given that counsel for the Defendant, Worldwide Battery Company Limited Liability Company d/b/a Worldwide Battery, will proceed to take the deposition of the records custodian of ProScan Imaging St. Matthews, 4044 Dutchman's Lane, Louisville, Kentucky, beginning at 10:30 a.m., on April 10, 2019, continuing day to day until completed.

Said deposition is to be taken and used for all purposes allowed by the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON
& ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile: (859) 425-4099

BY: */s/Lauren Crosby Thompson*
        LAUREN CROSBY THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 13th day of March, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Susan Elsensohn
Court Reporter
P.O. Box 910615
Lexington, Kentucky 40591

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

/s/Lauren Crosby Thompson
Lauren Crosby Thompson

| AOC-025<br>Rev. 5-03<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.kycourts.net<br>CR 45; RCr 7.02 | Doc. Code: RS | ☐ **SUBPOENA**<br>☑ **SUBPOENA DUCES TECUM** | Case No. | 18-CI-004040 |
|---|---|---|---|---|
| | | | Court | Circuit Civil |
| | | | County | Jefferson |
| | | | Date | March 13, 2019 |

ROBERT                                    CUNDIFF                                    PLAINTIFF

VS

WORLDWIDE BATTERY CO                      LLC                                        DEFENDANT

**The Commonwealth of Kentucky to:**

Name   Records Custodian of ProScan Imaging St. Matthews

Address 4044 Dutchman's Lane, Suite 101

Louisville                      Kentucky                 40207

**You are commanded to appear before:**   *(select one of three choices)*

☐ _____ Court      ☐ The Grand Jury of _____ County

☑ Other    Court Reporter

**You are to appear at:**   the address listed above

_____

on the 10 day of April , 2 019 , at 10:30 ☑ a.m. OR ☐ p.m. ☑ Eastern ☐ Central Time

☐ To testify in behalf of _____

☑ To produce a CERTIFIED copy of the entire medical records file pertaining to Robert Cundiff (DOB: XX-XX-1947 and SSN: XXX-XX-6842) including: record, bills and radiology images.

_____

☐ To give depositions

| _____ Clerk<br>**Issuing Officer**<br>By _Lauri Thompson_ D.C. | Lauren Crosby Thompson<br>_____<br>**Name of Requesting Attorney**<br>Phone # 859-559-4457 |
|---|---|

| This subpoena was served by delivery of a true copy to: _____ |
|---|
| This _____ day of _____ , 2_____.   By: _____ |
| _____ Title |

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY                   INTERVENING PLAINTIFF

VS.          **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF
SOUTHERN EMERGENCY MEDICAL**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                          DEFENDANT

\*\*\*   \*\*\*   \*\*\*

Notice is hereby given that counsel for the Defendant, Worldwide Battery Company Limited Liability Company d/b/a Worldwide Battery, will proceed to take the deposition of the records custodian of Southern Emergency Medical, 3 Audubon Plaza, Suite #340, Louisville, Kentucky, beginning at 2:30 p.m., on April 10, 2019, continuing day to day until completed.

Said deposition is to be taken and used for all purposes allowed by the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON
& ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile:  (859) 425-4099

BY: */s/Lauren Crosby Thompson*
LAUREN CROSBY THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 13th day of March, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Susan Elsensohn
Court Reporter
P.O. Box 910615
Lexington, Kentucky 40591

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

/s/Lauren Crosby Thompson
Lauren Crosby Thompson

| AOC-025 | Doc. Code: RS | | Case No. | 18-CI-004040 |
| Rev. 5-03 | | | Court | Circuit Civil |
| Page 1 of 1 | | | County | Jefferson |
| Commonwealth of Kentucky | | ☐ **SUBPOENA** | Date | March 13, 2019 |
| Court of Justice    www.kycourts.net | | ✓ **SUBPOENA DUCES TECUM** | | |
| CR 45; RCr 7.02 | | | | |

ROBERT                                                    CUNDIFF                                              **PLAINTIFF**

VS

WORLDWIDE BATTERY CO                                    LLC                                              **DEFENDANT**

**The Commonwealth of Kentucky to:**

Name___ Records Custodian of Southern Emergency Medicine

Address 3 Audubon Plaza, Suite 340

_____ Louisville _____ Kentucky _____ 40217 _____

**You are commanded to appear before:**    *(select one of three choices)*

☐ _____ Court    ☐ The Grand Jury of _____ County

✓ Other    Court Reporter

**You are to appear at:**    the address listed above

on the 10 _____ day of April _____, 2 019 , at 2:30 __ ☐ a.m. OR ✓ p.m. ✓ Eastern ☐ Central Time

☐ To testify in behalf of _____

✓ To produce  a CERTIFIED copy of the entire medical records file pertaining to Robert Cundiff (DOB: XX-XX-1947 and SSN: XXX-XX-6842) including: record, bills and radiology images.

☐ To give depositions

_____ Clerk

**Issuing Officer**

By: *[signature]* D.C.

Lauren Crosby Thompson

**Name of Requesting Attorney**

Phone # 859-559-4457

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2_____.    By: _____

_____ Title

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                    PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY                    INTERVENING PLAINTIFF

VS.       **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF
                    TAUSTINE EYE CENTER**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                                DEFENDANT

                        ***   ***   ***

    Notice is hereby given that counsel for the Defendant, Worldwide Battery Company Limited Liability Company d/b/a Worldwide Battery, will proceed to take the deposition of the records custodian of Taustine Eye Center, Medical Arts Building, 1169 Eastern Parkway, Suite 3334, Louisville, Kentucky, beginning at 10:00 a.m., on April 15, 2019, continuing day to day until completed.

    Said deposition is to be taken and used for all purposes allowed by the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence.

                                        Respectfully Submitted,

                                        **PHILLIPS, PARKER, ORBERSON
                                        & ARNETT, P.L.C.**
                                        163 East Main Street, Suite 130
                                        Lexington, Kentucky 40507
                                        Telephone: (859) 559-4457
                                        Facsimile:  (859) 425-4099

                                        BY: */s/Lauren Crosby Thompson*
                                            LAUREN CROSBY THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 13th day of March, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Susan Elsensohn
Court Reporter
P.O. Box 910615
Lexington, Kentucky 40591

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

/s/Lauren Crosby Thompson
Lauren Crosby Thompson

| AOC-025 | Doc. Code: RS | | | Case No. | 18-CI-004040 |
|---|---|---|---|---|---|
| Rev. 5-03 | | | | Court | Circuit Civil |
| Page 1 of 1 | | ☐ **SUBPOENA** | | County | Jefferson |
| Commonwealth of Kentucky | | ☑ **SUBPOENA DUCES TECUM** | | | |
| Court of Justice    www.kycourts.net | | | | Date | March 13, 2019 |
| CR 45; RCr 7.02 | | | | | |

ROBERT                                        CUNDIFF                                                    PLAINTIFF

VS

WORLDWIDE BATTERY CO                              LLC                                              DEFENDANT

**The Commonwealth of Kentucky to:**
Name   Records Custodian of Taustine Eye Center
Address  1169 Eastern Parkway, Suite 3334
            Medical Arts Building
       Louisville                          Kentucky              40217

**You are commanded to appear before:**    *(select one of three choices)*

☐ _____ Court     ☐ The Grand Jury of _____ County
☑ Other    Court Reporter

**You are to appear at:**   the address listed above
_____
_____

on the  15   day of  April   , 2 019  , at  10:00   ☑ a.m. OR ☐ p.m. ☑ Eastern ☐ Central Time
☐ To testify in behalf of _____
☑ To produce   a CERTIFIED copy of the entire medical records file pertaining to Robert Cundiff (DOB: XX-XX-1947 and
SSN: XXX-XX-6842) including: record, bills and radiology images.
_____
_____

☐ To give depositions _____

| _____  Clerk | Lauren Crosby Thompson |
|---|---|
| Issuing Officer | **Name of Requesting Attorney** |
| By: _____  D.C. | Phone #  859-559-4457 |

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2____.    By: _____
_____ Title

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                      PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY                   INTERVENING PLAINTIFF

VS.        **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF**
           **TYSON, SCHWAB, SHORT & WEISS, PSC**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                                  DEFENDANT

                        \*\*\*   \*\*\*   \*\*\*

Notice is hereby given that counsel for the Defendant, Worldwide Battery Company Limited Liability Company d/b/a Worldwide Battery, will proceed to take the deposition of the records custodian of Tyson, Schwab, Short & Weiss, PSC, 200 Abraham Flexner Way, Louisville, Kentucky, beginning at 11:00 a.m., on April 15, 2019, continuing day to day until completed.

Said deposition is to be taken and used for all purposes allowed by the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON**
**& ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile:  (859) 425-4099

BY: */s/Lauren Crosby Thompson*
      LAUREN CROSBY THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 13th day of March, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Susan Elsensohn
Court Reporter
P.O. Box 910615
Lexington, Kentucky 40591

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

/s/Lauren Crosby Thompson
Lauren Crosby Thompson

| AOC-025<br>Rev. 5-03<br>Page 1 of 1        Doc. Code: RS | | Case No. | 18-CI-004040 |
|---|---|---|---|
| Commonwealth of Kentucky<br>Court of Justice    www.kycourts.net | ☐ **SUBPOENA** | Court | Circuit Civil |
| CR 45; RCr 7.02 | ✓ **SUBPOENA DUCES TECUM** | County | Jefferson |
| | | Date | March 13, 2019 |

ROBERT                                  CUNDIFF                                              **PLAINTIFF**

VS

WORLDWIDE BATTERY CO                              LLC                              **DEFENDANT**

**The Commonwealth of Kentucky to:**
*Name*  Records Custodian of  Tyson, Schwab, Short & Weiss, PSC
*Address* 200 Abraham Flexner Way

_____Louisville_____Kentucky_____40202_____

**You are commanded to appear before:**   *(select one of three choices)*

☐ _____ Court   ☐ The Grand Jury of _____ County
✓ Other   Court Reporter

**You are to appear at:**   the address listed above

on the 15 day of April , 2 019 , at 11:00  ✓ a.m. OR ☐ p.m. ✓ Eastern ☐ Central Time
☐ To testify in behalf of _____
✓ To produce  a CERTIFIED copy of the entire medical records file pertaining to Robert Cundiff (DOB: XX-XX-1947 and
SSN: XXX-XX-6842) including: record, bills and radiology images.

☐ To give depositions

| | Lauren Crosby Thompson |
|---|---|
| _____ Clerk | **Name of Requesting Attorney** |
| Issuing Officer | |
| By: _____ D.C. | Phone # 859-559-4457 |

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2_____.   By: _____

_____ Title

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO.: 18-CI-004040
*Electronically Filed*

ROBERT CUNDIFF                                                    PLAINTIFF

NEW HAMPSHIRE INSURANCE COMPANY                    INTERVENING PLAINTIFF

VS.          **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN OF**
                               **TOTAL TRUCK PARTS**

WORLDWIDE BATTERY COMPANY
LIMITED LIABILITY COMPANY d/b/a
WORLDWIDE BATTERY                                                DEFENDANT

*** *** ***

Notice is hereby given that the Counsel for the Defendant, Worldwide Battery Company Limited Liability Company d/b/a Worldwide Battery, will proceed to take the deposition of the records custodian of Total Truck Parts, 4525 Poplar Level Road, Louisville, Kentucky, beginning at 10:00 a.m., on April 16, 2019, and continuing day to day until completed.

Said deposition is to be taken and used for all purposes allowed by the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON & ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile:  (859) 425-4099

BY: */s/Lauren Crosby Thompson*
LAUREN CROSBY THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and U.S. Mail, on this 15th day of March, 2019 upon the following:

Michael A. Landisman
436 S. 7th Street, Suite 200
Louisville, Kentucky 40203
Landismanatty@gmail.com
*Counsel for Plaintiff*

Timothy J. Walker
FOGLE KELLER WALKER, PLLC
300 East Main Street, Suite 400
Lexington, Kentucky 40507
twalker@fkw-law.com
*Counsel for Intervening Plaintiff, New Hampshire Insurance*

Susan Elsensohn
Court Reporter
P.O. Box 910615
Lexington, Kentucky 40591

*Original to:*

Jefferson County Judicial Center
Office of Circuit Court Clerk
Room 309
700 West Jefferson Street
Louisville, Kentucky 40202

/s/Lauren Crosby Thompson
Lauren Crosby Thompson

| AOC-025<br>Rev. 5-03<br>Page 1 of 1<br><br>Commonwealth of Kentucky<br>Court of Justice    www.kycourts.net<br>CR 45; RCr 7.02 | Doc. Code: RS | ☐ **SUBPOENA**<br>☑ **SUBPOENA DUCES TECUM** | Case No. | 18-CI-004040 |
|---|---|---|---|---|
| | | | Court | Circuit Civil |
| | | | County | Jefferson |
| | | | Date | March 15, 2019 |

Robert                                    Cundiff                                                    **PLAINTIFF**

VS

Worldwide Battery Co                            LLC                                                **DEFENDANT**

### The Commonwealth of Kentucky to:

*Name*    Records Custodian of Total Truck Parts

*Address*  4525 Poplar Level Road

          Louisville                    Kentucky              40213

**You are commanded to appear before:**    *(select one of three choices)*

☐ _____ Court    ☐ The Grand Jury of _____ County

☑ Other    Court Reporter

**You are to appear at:**  the address listed above

on the 16 day of April , 2 019 , at 10:00 ☑ a.m. OR ☐ p.m. ☑ Eastern ☐ Central Time

☐ To testify in behalf of _____

☑ To produce  a complete, CERTIFIED copy of the entire personnel file pertaining to Robert Cundiff (DOB: XX-XX-1947 and SSN: XXX-XX-6842), including, but not limited to: applications, pay rate, medical records, workers' compensation claims, disciplinary actions, promotions and training records.

☐ To give depositions

| _____ Clerk<br>Issuing Officer<br><br>By: *Lauren Thompson*              D.C. | Lauren Crosby Thompson<br>**Name of Requesting Attorney**<br>Phone #  859-559-4457 |
|---|---|

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2_____.    By: _____

                                                    _____ Title